UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Satish Emrit, | 2:16-cv-01945-JAD-GWF |
| Plaintiff | |
| v. | Order Denying Motions as Moot Because Case Has Been Dismissed |
| Liberty Life Assurance Company of Boston, | |
| Defendant | [ECF Nos. 14–18] |

On September 20, 2016, I dismissed and closed this case on defendant's unopposed motion.[1] The next day, plaintiff filed motions to compel arbitration and discovery, a motion to subpoena witnesses, a motion to correct the case caption, and a motion for a declaratory judgment,[2] which likely crossed in the mail with the dismissal order. Because this action has been dismissed and closed, plaintiff's newly filed motions are moot.

Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motions to compel arbitration and discovery, to subpoena witnesses, to correct the case caption, and for a declaratory judgment **[ECF Nos. 14–18] are DENIED** as moot.

Dated this 23rd day of September, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 11.

[2] ECF No. 14–18.